# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>PETRA MARTINEZ, et al.,<br><br>Defendants. | Case No. 5:19-cv-03358 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Vince Chhabria to determine whether it is related to 3:19-cv-00704 VC, The Bank of New York Mellon v. Atkinson, et al.

IT IS SO ORDERED.

Date: June 17, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 19-cv-03358 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES