UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br>　　　　Plaintiff,<br>　　v.<br>PETRA MARTINEZ, et al.,<br>　　　　Defendants. | Case No. 19-cv-03358-VC<br><br>**ORDER TO SHOW CAUSE** |

The defendants are ordered to show cause why this case should not be remanded for lack of jurisdiction, both because the amount in controversy has not been met and because of the forum-defendant rule. *See* 28 U.S.C. § 1441(b)(2). In addition, the defendants are ordered to show cause why they should not be sanctioned for a removal that is frivolous and/or in bad faith. The defendants' response is due within 7 days of this order. The plaintiff may then file any response within 12 days of this order. A hearing on the order to show cause is scheduled for Wednesday, July 10, 2019, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: June 26, 2019

_____
VINCE CHHABRIA
United States District Judge